

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00127-CR

## EX PARTE STEVE PARKER

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2010-735-1**

## MEMORANDUM OPINION

Steve Parker attempts to appeal the trial court's denial of a writ of habeas corpus. By letter, the Clerk notified Parker that this appeal was subject to being dismissed for want of jurisdiction because there was no signed order from which to appeal. *See* TEX. R. APP. P. 22.62(a)(1). Parker was further warned that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. Parker has not provided us with a signed order but has provided us with a motion to dismiss.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 44.3.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed May 12, 2010
Do not publish
[CR25]